IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CR-239-GCM-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JOHN MCDOWELL, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Withdrawal Of Motion To Secure Copies Of Filed Plea Agreements Of Co-Defendants" (Document No. 258) filed July 8, 2013. For good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS THEREFORE ORDERED** that Defendant's "Withdrawal Of Motion To Secure Copies Of Filed Plea Agreements Of Co-Defendants" (Document No. 258) is hereby **GRANTED**.

Signed: July 8, 2013

David C. Keesler
United States Magistrate Judge