IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CR-239-GCM-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| JOHN MCDOWELL, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Defendant's Adoption By Reference Of Motion To Dismiss Indictment Filed By John Wayne Perry" (Document No. 280) filed August 15, 2013. For good cause shown, the undersigned will grant the motion to adopt. The Court takes no position on the merits of the motion to dismiss at this time.

**IT IS THEREFORE ORDERED** that "Defendant's Adoption By Reference Of Motion To Dismiss Indictment Filed By John Wayne Perry" (Document No. 280) is hereby **GRANTED**.

Signed: August 19, 2013

David C. Keesler
United States Magistrate Judge