# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO.: 3:12-CR-239 |
|---|---|---|
| vs. | ) | |
| JOHN MCDOWELL (8) | ) | |

## ORDER

**THIS MATTER** is before the Court *sua sponte*. The Court previously scheduled a sentencing hearing for Defendant John McDowell for January 13, 2015. That hearing is **CONTINUED** until further notice.

**SO ORDERED.**

Signed: December 11, 2014

Graham C. Mullen
United States District Judge